Flora NICHOLS, Respondent,

v.

Ramon NICHOLS, Appellant.

No. WD 46361.

Missouri Court of Appeals,
Western District.

April 27, 1993.

Jim Petrie, Raytown, for appellant.

Flora Nichols, pro se.

Before BERREY, P.J., and
BRECKENRIDGE and HANNA, JJ.

*ORDER*

PER CURIAM:

Appeal from modification of dissolution of marriage decree.

Decree affirmed. Rule 84.16(b).